# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

BRADLEY DEWALL and WOUND MANAGEMENT CONSULTANTS, P.C.,

    Plaintiff(s),

v.

MEDICAL PROTECTIVE COMPANY,

    Defendant(s),

**CIVIL NUMBER: 3:21-cv-00010-RP-SHL**

**JUDGMENT IN A CIVIL CASE**

☐ **JURY VERDICT.** This action came before the Court for trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **DECISION BY COURT.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

Defendant's Motion to Dismiss is granted. Judgment is entered in favor of Defendant and against Plaintiff.

Date: April 7, 2022

CLERK, U.S. DISTRICT COURT

/s/ Brian Phillips

By: Deputy Clerk